UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 12 2018

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-18-1924-M |
| Yuliana AGUILAR-Galvan<br>Mx Cz<br>YOB: 1987 | )<br>)<br>)<br>)<br>) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  09/12/2018  in the county of  Starr  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841 (a)(1), 846 | Knowingly and Intentionally Possess with Intent to Distribute 130 kilograms of marijuana, a Schedule I Controlled Substance |
| | Knowingly and Intentionally Conspire to Possess with Intent to Distribute 130 kilograms of marijuan, a Schedule 1 Controlled Substance |

This criminal complaint is based on these facts:

See Attachement "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Task Force Officer Arturo Casanova
Printed name and title

Sworn to before me and signed in my presence.

Date:  09/12/2018

_____
Judge's signature

City and state:  McAllen, Texas                     U.S. Magistrate Judge J. Scott Hacker
Printed name and title

**ATTACHMENT "A"**

On September 12, 2018, at approximately 6:30am, USBP Agents from Rio Grande City responded to camera activity along the Rio Grande River in Roma, TX. The camera operator observed several subjects near the river bank south of La Fragua Avenue. This area is known by agents to be utilized for human and narcotic trafficking. Agents who responded to the area observed a black sport utility vehicle departing the area towards Highway 83. Agents got behind the vehicle and attempted to conduct a stop since it was suspected to be involved in illegal activity. The Agent conducted the stop and upon approaching the vehicle, the driver later identified as Yuliana AGUILAR-Galvan, placed the vehicle in drive and eluded agents. After a brief pursuit, AGUILAR-Galvan stopped the vehicle at the intersection of Garfield Avenue and Rau-Con. Agents noticed several bundles of suspected narcotics in plain view inside the vehicle. Agents detained AGUILAR-Galvan and secured 5 bundles of suspected marijuana from inside the vehicle. Agents later processed the 5 bundles and found it to test positive for marijuana and weighed 130 kilograms.

AGUILAR-Galvan was transported to the Rio Grande City Border Patrol where DEA Agents made contact with her regarding the seizure. Agents read AGUILAR-Galvan her Miranda rights. AGUILAR-Galvan provided Agents a statement indicating she was approached by an unknown male subject the day before at a car wash. AGUILAR-Galvan stated the unknown male offered her $2,000 in U.S. Currency for transporting a load of narcotics from the Rio Grande River. AGUILAR-Galvan agreed and drove to the Rio Grande River at 6:30am and met unknown subjects who loaded the five bundles of marijuana Agents seized from her vehicle. AGUILAR-Galvan advised Agents she understood her involvement in the seizure and wished to admit to her involvement.